IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHIESI USA, INC., CORNERSTONE BIOPHARMA, INC., and EKR THERAPEUTICS, LLC,<br><br>Plaintiffs<br><br>v.<br><br>EXELA PHARMA SCIENCES, LLC, EXELA PHARMSCI, INC., and EXELA HOLDINGS, INC.,<br><br>Defendants. | C.A. No. 1:13-cv-01275-GMS |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS the parties Chiesi USA, Inc. (f/k/a Cornerstone Therapeutics Inc.), Cornerstone BioPharma, Inc., and EKR Therapeutics, LLC (f/k/a EKR Therapeutics, Inc.) (collectively "Chiesi") and Exela Pharma Sciences, LLC, Exela PharmSci, Inc., and Exela Holdings, Inc. (collectively "Exela") have agreed to and entered into a binding term sheet (the "Term Sheet") that sets forth the material terms and conditions of a settlement agreement and license agreement (the "Definitive Agreements");

Pursuant to Fed. R. Civ. P. 41, and the Term Sheet and the Definitive Agreements, the parties by and through their undersigned counsel, hereby stipulate, subject to the approval of the Court, that:

1.  All claims and defenses asserted by Chiesi and Exela are dismissed with prejudice; and

2.  Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby.

/s/ Francis DiGiovanni
DRINKER BIDDLE & REATH LLP
Francis DiGiovanni (#3189)
Thatcher A. Rahmeier (#5222)
222 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
(302) 467-4200
francis.digiovanni@dbr.com
thatcher.rahmeier@dbr.com

Edgar H. Haug
Angus Chen
Joseph Saphia
Leann M. Clymer
Michael W. Harkness
Blaine M. Hackman
Jessica H. Zafonte
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, New York 10151
(212) 588-0800

*Attorneys for Plaintiffs Chiesi USA, Inc.,
Cornerstone BioPharma, Inc., and EKR
Therapeutics, LLC*

/s/ Benjamin J. Schladweiler
ROSS ARONSTAM & MORITZ LLP
Benjamin J. Schladweiler (#4601)
100 S. West Street, Suite 400
Wilmington, Delaware 19801
(302) 576-1600
bschladweiler@ramllp.com

Jeffrey S. Ward
Wendy M. Ward
Stephen R. Howe
MERCHANT & GOULD, P.C.
10 East Doty Street, Suite 600
Madison, WI 53703
(608) 280-6750

Jeffrey D. Blake
MERCHANT & GOULD, P.C.
191 Peachtree Street NE
Atlanta, GA 30303
(404) 954-5040

Rachel Zimmerman
MERCHANT & GOULD, P.C.
3200 IDS Center
80 S. Eight Street
Minneapolis, MN 55402
(612)332-5300

C. Edward Polk, Jr.
POLK Law PLLC
42603 Good Hope Lane
Ashburn, VA 20148
(703) 989-5397

Satish Chintapalli
Chintapalli Law Firm PLLC
201Shannon Oaks Circle, Suite 200
Cary, NC 27511
(919) 228-4475

*Attorneys for Defendants Exela Pharma
Sciences, LLC, Exela Pharmsci, Inc. and Exela
Holdings, Inc.*

SO ORDERED this 14th day of December, 2015.

THE HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE